UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT E. MCCLANAHAN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-1520 (RWR) |
| ALBERTO GONZALES *et al.*, | ) |
| Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the application for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; and it is further

ORDERED that this case is DISMISSED. This is a final appealable Order.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge

DATE: October 16, 2007